UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OS INTERNATIONAL, INC.,

        Plaintiff,

– against –

TAIYO SEAFOOD NY INC.,

        Defendants.

**ORDER**

19 Civ. 3238 (ER)

Ramos, D.J.:

On July 18, 2019, the Court entered default judgment against Defendant in an amount totaling $80,971.39. Doc. 23. On October 11, 2019, the Court also entered judgment for attorneys' fees in the amount of $5,685 to Plaintiff. Doc. 28. The parties are directed to provide the Court with a status update by Wednesday, February 5, 2020 at 5:00 PM and advise the Court whether it may close this case.

SO ORDERED.

Dated: January 29, 2020
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.