UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OS INTERNATIONAL, INC.,

        Plaintiff,

– against –

TAIYO SEAFOOD NY INC.,

        Defendant.

**ORDER**

19 Civ. 3238 (ER)

Ramos, D.J.:

    On January 29, 2020, the Court directed the parties to provide a status update by February 5, 2020. Doc. 29. Neither party did so. The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.