UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OS INTERNATIONAL, INC.,

                Plaintiff,

– against –

TAIYO SEAFOOD NY INC.,

                Defendant.

**ORDER**

19 Civ. 3238 (ER)

Ramos, D.J.:

On July 18, 2019, the Court entered default judgment against Defendant in an amount totaling $80,971.39.  Doc. 39.  On October 11, 2019, the Court also entered judgment for attorneys' fees in the amount of $5,685 to Plaintiff. Doc. 28.  On January 19, 2020, the Court ordered the parties to provide a status update by February 5, 2020 and to advise the Court whether it might close the case.  Doc. 29.  Neither party responded.  The Court renewed its request on April 6, 2020.  Doc. 30.  More than three months have passed without a response.  Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    September 1, 2020
             New York, New York

                                                Edgardo Ramos, U.S.D.J.